No. 95–1241. WACEK ET UX. *v.* VAVRICKA, FKA AAKRE, ET AL. Ct. App. Minn. Certiorari denied.

No. 95–1254. ELTON ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 95–1272. HUBBARD *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 95–1278. LUCILLE *v.* CITY OF CHICAGO ET AL. C. A. 7th Cir. Certiorari denied.

No. 95–1287. FAUST *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–1290. GABOVITCH *v.* SHEAR ET AL. C. A. 1st Cir. Certiorari denied.

No. 95–1306. BRINK *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–6660. GILDAY *v.* CALLAHAN, SUPERINTENDENT, MCI NORFOLK. C. A. 1st Cir. Certiorari denied.

No. 95–6675. CLARK *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 95–6817. MONDAY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–7020. JACKSON, AKA KING *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–7025. BREELAND *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–7050. ROBERTS *v.* LONG BEACH UNIFIED SCHOOL DISTRICT. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 95–7061. RIVERS *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 95–7071. BYRD *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.